UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO.:6:14-bk-11313-ABB

Anderson Brown                                      Chapter 13

     Debtor.

_____/

**Chapter 13 Plan**

COMES NOW, the Debtor and files this Chapter 13 Plan.  The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| **Payment Number by months** | **Amount of Monthly Plan payment** |
|---|---|
| **1- 60 (November, 2014 – October, 2019)** | **$ 2,968.00** |

The Debtor shall pay by **money order**, **cashier's check** or **wage deduction**,  to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees** ($4,500.00 total, $3,500.00 in plan)

| **Attorney Name** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| **Sanders Law, P.A.** | **$3,500.00** | **$ 100.00** | **1-35** |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Number | Claim Amount | Interest Rate | Payment Amount | Month Numbers |
|---|---|---|---|---|---|
| | | | | | |

**Secured Claims**

| Secured Creditor | Claim Number | Claim Amount | Interest Rate | Payment Amount | Month Numbers |
|---|---|---|---|---|---|
| One West (1st) (459 Huntington Pines Dr.) | | | | $1,935.72 | 1-60 |
| Navy Federal Credit Union (2005 Cadillac) | | $21,325.00 $24,292.54 | 5.25% | $404.88 $404.62 | 1-59 60 |
| Wells Fargo (2003 Ford) | | $12,125.63 $13,813.98 | 5.25% | $230.22 $230.00 | 1-59 60 |

**Secured Arrearage**

| Name of Creditor | Claim Number | Claim Amount | Payment Amount | Month Numbers |
|---|---|---|---|---|
| | | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Number | Claim Amount | Payment Amount | Month Numbers |
|---|---|---|---|---|
| | | | | |

**Property / Interest to Be Surrendered:**

| Creditor Name | Collateral |
|---|---|
| | |

**Liens To Be Avoided/Stripped:**

| Name of Creditor/Security | Claim Number | Estimated Amount |
|---|---|---|
| Navy Federal Credit Union (459 Huntington Pines Dr.) | | $1,391.00 |

**Valuation of Security:**

| Name of Creditor | Claim Number | Claim Amount | Interest Rate | Payment Amount | Month Numbers |
|---|---|---|---|---|---|

(motion to value must be filed consistent with plan treatment)

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

**The following Executory Contracts are rejected**:

| Name of Creditor: | Description of Collateral: |
|---|---|

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage**: 7% or 2,523.28.**

Property of the Estate revest in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

/s/ Andre Keith Sanders
Andre Keith Sanders
FL Bar #0883840
Sanders Law, P.A.
135 West Central Boulevard
Suite 650
Orlando, FL 32801
407-347-6474

| DUE DATE 6TH | | 14-11313-ABB 11/6/2014 Unsecured | BROWN Debtor Pmt | 10.0% Tee Fee | ATTY | ONE WEST 1ST | | NAVY FED CU 2ND | NAVY FED CU 05 CADILLAC |
|---|---|---|---|---|---|---|---|---|---|
| | 60 | 60 | | | $3,500.00 | | | | |
| 11/6/2014 | 1 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | 1 AT | LIEN STRIP | $404.88 |
| 12/6/2014 | 2 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 1/6/2015 | 3 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 2/6/2015 | 4 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 3/6/2015 | 5 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 4/6/2015 | 6 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 5/6/2015 | 7 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 6/6/2015 | 8 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 7/6/2015 | 9 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 8/6/2015 | 10 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 9/6/2015 | 11 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 10/6/2015 | 12 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 11/6/2015 | 13 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 12/6/2015 | 14 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 1/6/2016 | 15 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 2/6/2016 | 16 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 3/6/2016 | 17 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 4/6/2016 | 18 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 5/6/2016 | 19 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 6/6/2016 | 20 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 7/6/2016 | 21 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 8/6/2016 | 22 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 9/6/2016 | 23 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 10/6/2016 | 24 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 11/6/2016 | 25 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 12/6/2016 | 26 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 1/6/2017 | 27 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 2/6/2017 | 28 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 3/6/2017 | 29 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 4/6/2017 | 30 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 5/6/2017 | 31 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 6/6/2017 | 32 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 7/6/2017 | 33 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 8/6/2017 | 34 | $0.38 | $2,968.00 | $296.80 | $100.00 | $1,935.72 | | | $404.88 |
| 9/6/2017 | 35 | $0.38 | $2,968.00 | $296.80 | 35 at $100.00 | $1,935.72 | | | $404.88 |
| 10/6/2017 | 36 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 11/6/2017 | 37 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 12/6/2017 | 38 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 1/6/2018 | 39 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 2/6/2018 | 40 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 3/6/2018 | 41 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 4/6/2018 | 42 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 5/6/2018 | 43 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 6/6/2018 | 44 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 7/6/2018 | 45 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 8/6/2018 | 46 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 9/6/2018 | 47 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 10/6/2018 | 48 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 11/6/2018 | 49 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 12/6/2018 | 50 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 1/6/2019 | 51 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 2/6/2019 | 52 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 3/6/2019 | 53 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 4/6/2019 | 54 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 5/6/2019 | 55 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 6/6/2019 | 56 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 7/6/2019 | 57 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 8/6/2019 | 58 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | | $404.88 |
| 9/6/2019 | 59 | $100.38 | $2,968.00 | $296.80 | | $1,935.72 | | 59 at | $404.88 |
| 10/6/2019 | 60 | $100.86 | 60 at $2,968.00 | $296.80 | 60 at | $1,935.72 1 at | | | $404.62 1 at |
| | | $2,523.28 | $178,080.00 | $17,808.00 | $3,500.00 | $116,143.20 | | | $24,292.54 |
| | | $36,929.00 | | | ATTY | | | | |
| | | 7% | | | $3,500.00 | ONGOING | | | Pd @ 5.25% |
| | | Non-Exempt: $2,014.00 | | | | 116143.2 | | | 05 Cadillac |
| | | | | | | | | | 24292.54 |

| DUE DATE | | | | |
|---|---|---|---|---|
| **6TH** | | | | **WELLS** |
| | | | | **03 F150** |
| | **60** | | | |
| 11/6/2014 | 1 | | | $230.22 |
| 12/6/2014 | 2 | | | $230.22 |
| 1/6/2015 | 3 | | | $230.22 |
| 2/6/2015 | 4 | | | $230.22 |
| 3/6/2015 | 5 | | | $230.22 |
| 4/6/2015 | 6 | | | $230.22 |
| 5/6/2015 | 7 | | | $230.22 |
| 6/6/2015 | 8 | | | $230.22 |
| 7/6/2015 | 9 | | | $230.22 |
| 8/6/2015 | 10 | | | $230.22 |
| 9/6/2015 | 11 | | | $230.22 |
| 10/6/2015 | 12 | | | $230.22 |
| 11/6/2015 | 13 | | | $230.22 |
| 12/6/2015 | 14 | | | $230.22 |
| 1/6/2016 | 15 | | | $230.22 |
| 2/6/2016 | 16 | | | $230.22 |
| 3/6/2016 | 17 | | | $230.22 |
| 4/6/2016 | 18 | | | $230.22 |
| 5/6/2016 | 19 | | | $230.22 |
| 6/6/2016 | 20 | | | $230.22 |
| 7/6/2016 | 21 | | | $230.22 |
| 8/6/2016 | 22 | | | $230.22 |
| 9/6/2016 | 23 | | | $230.22 |
| 10/6/2016 | 24 | | | $230.22 |
| 11/6/2016 | 25 | | | $230.22 |
| 12/6/2016 | 26 | | | $230.22 |
| 1/6/2017 | 27 | | | $230.22 |
| 2/6/2017 | 28 | | | $230.22 |
| 3/6/2017 | 29 | | | $230.22 |
| 4/6/2017 | 30 | | | $230.22 |
| 5/6/2017 | 31 | | | $230.22 |
| 6/6/2017 | 32 | | | $230.22 |
| 7/6/2017 | 33 | | | $230.22 |
| 8/6/2017 | 34 | | | $230.22 |
| 9/6/2017 | 35 | | | $230.22 |
| 10/6/2017 | 36 | | | $230.22 |
| 11/6/2017 | 37 | | | $230.22 |
| 12/6/2017 | 38 | | | $230.22 |
| 1/6/2018 | 39 | | | $230.22 |
| 2/6/2018 | 40 | | | $230.22 |
| 3/6/2018 | 41 | | | $230.22 |
| 4/6/2018 | 42 | | | $230.22 |
| 5/6/2018 | 43 | | | $230.22 |
| 6/6/2018 | 44 | | | $230.22 |
| 7/6/2018 | 45 | | | $230.22 |
| 8/6/2018 | 46 | | | $230.22 |
| 9/6/2018 | 47 | | | $230.22 |
| 10/6/2018 | 48 | | | $230.22 |
| 11/6/2018 | 49 | | | $230.22 |
| 12/6/2018 | 50 | | | $230.22 |
| 1/6/2019 | 51 | | | $230.22 |
| 2/6/2019 | 52 | | | $230.22 |
| 3/6/2019 | 53 | | | $230.22 |
| 4/6/2019 | 54 | | | $230.22 |
| 5/6/2019 | 55 | | | $230.22 |
| 6/6/2019 | 56 | | | $230.22 |
| 7/6/2019 | 57 | | | $230.22 |
| 8/6/2019 | 58 | | | $230.22 |
| 9/6/2019 | 59 | 59 | at | $230.22 |
| 10/6/2019 | 60 | 1 | at | $230.00 |
| | | | | $13,812.98 |
| | | | | |
| | | | | Pd @ 5.25% |
| | | | | 03 Ford |
| | | | | F-150 |
| | | | | 13812.98 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                    CASE NO.: 6:14-bk-11313-ABB

Anderson Brown                            Chapter 13


Debtor.
_____/

**CERTIFICATE OF SERVICE**

     I certify that I have served the following parties with a copy of the foregoing "Chapter 13 Plan" by electronic mail via CM/ECF pursuant to Local Rule 7005-3 and/or by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery as addressed below and/or on the attached matrix:

Laurie K. Weatherford            Anderson Brown
P. O. Box 3450                   459 Huntington Pines Dr.
Winter Park, FL 32790            Ocoee, FL 34761


United States Trustee            And to attached matrix
400 W. Washington Street
Suite 1100
Orlando, FL 32801


Dated: 10/14/2014


/s/ Andre Keith Sanders
Andre Keith Sanders
Sanders Law, P.A.
135 West Central Blvd.
Suite 650
Orlando, FL 32801
FL Bar # 883840
Ph: 407-347-6474
Attorney for Debtor

Label Matrix for local noticing
113A-6
Case 6:14-bk-11313-ABB
Middle District of Florida
Orlando
Tue Oct 14 09:18:40 EDT 2014

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Accelerated Financial Soluti
39 Monette Pkwy
Smithfield, VA 23430-2577

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Capital One Bank
c/o Erskine & Flesher
1351 Sawgrass Corp. Pkwy
Ste 100
Fort Lauderdale, FL 33323-2831

Cavalry Portfolio Svcs
500 Summit Lake Dr
Suite 4A
Valhalla, NY 10595-2323

Chase/Bank One Card
P.O. Box 15298
Wilmington, DE 19850-5298

Diversified
P.O. Box 551268
Jacksonville, FL 32255-1268

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Havard Collection Serv
4839 N. Elston Ave
Chicago, IL 60630-2589

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

MIdland Funding LLC
8875 Aero dR
San Diego, CA 92123-2255

Melissa Ann Singleton-Brown
459 Huntington Pines Dr
Ocoee FL 34761-3363

NMAC
PO Box 660368
Dallas, TX 75266-0368

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119-3700

Nissan Infiniti
PO Box 660366
Dallas, TX 75266-0366

Ocwen Loan Servicing
1661 Wothington Road
Suite 100
West Palm Beach, FL 33409-6493

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Pinnacle Credit Services
P.O. Box 640
Hopkins, MN 55343-0640

Sunoco/CBSD
P.O. Box 6497
Sioux Falls, SD 57117-6497

TD Bank USA/Target
PO Box 673
Minneapolis, MN 55440-0673

The Home Deport/CBNA
PO Box 64997
Sioux Falls, SD 57117

The Home Depot/CBNA
PO Box 64997
Sioux Falls, SD 57117

Wells Fargo N.A. Wells Fargo
Auto Finance
13675 Technology Drive
Bldg. C, 2nd Floor
Eden Prairie, MN 55344-2252

Anderson Brown
459 Huntington Pines Drive
Ocoee, FL 34761-3363

Andre Keith Sanders
Sanders Law, P.A.
135 West Central Boulevard
Suite 650
Orlando, FL 32801-2436

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Army/Air Force Exchange | End of Label Matrix | |
| P.O. Box 650410 | Mailable recipients | 29 |
| Dallas, TX 75265 | Bypassed recipients | 0 |
| | Total | 29 |